**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

**UNITED STATES OF AMERICA**    **CASE NO.  5:23-CR-00214-14**

**VERSUS**         **JUDGE S. MAURICE HICKS, JR.**

**JIMMY MAYS (14)**       **MAGISTRATE JUDGE HORNSBY**

**MINUTES OF COURT:**
**SENTENCING**

| | | |
|---|---|---|
| Date: | 12/17/2024 | Presiding: Judge S. Maurice Hicks, Jr. |
| Court Opened: | 2:00 p.m. | Courtroom Deputy: Kathy Keifer |
| Court Adjourned: | 2:37 p.m. | Court Reporter: Marie Runyon |
| Statistical Time: | 00:37 | |

**APPEARANCES**

| | | |
|---|---|---|
| Jessica Diane Cassidy   (AUSA) | For | United States of America |
| J Brandt Thorson   (RET) | For | Jimmy Mays (14) Defendant |
| Jimmy Mays (14) Defendant | | (LOCATION CUSTODY) |

**PROCEEDINGS**

**COMMENTS/RULINGS:**

The Court adopts the factual findings of the Probation Office as contained in the Presentence Report and its addendum.

Pursuant to the Sentencing Reform Act of 1984, the defendant is hereby committed to the custody of the Bureau of Prisons for a term of 41 months as to Count 1. This sentence will run consecutive to the sentence imposed in 5:24-CR-00141-01.

The defendant has been held in custody since September 28, 2023. On September 16, 2024, a federal warrant was issued in Docket No. 5:24-CR-00141. The warrant was executed on October 1, 2024, and the defendant appeared before this Court for an Initial Appearance. The Federal Bureau of Prisons will determine whether defendant is entitled to receive credit for any time already spent in custody.

Upon release from imprisonment, the defendant shall be placed on supervised release for a period of 3 years as to Count 1.

It is the recommendation of the Court that prior to placement in a federal facility, the defendant be evaluated regarding his mental health.

It is further the recommendation of the Court that the defendant participate in the RDAP Program (500 hour or 100 hour), or any other available drug treatment programs. And, further, the defendant be designated to a facility as close to home as possible.

The defendant was ordered to pay a $100.00 special assessment to the Crime Victim Fund, to be paid immediately to the U.S. Clerk of Court. No fine is ordered.

The defendant is notified of the right to appeal. If a Notice of Appeal is filed under 18 U.S.C. §3742, a Review of Sentence, the Clerk is directed to transmit the presentence report, under seal, to the Court of Appeals. If the defendant wishes to appeal, Mr. Thorson shall file the said Notice of Appeal. However, if Mr. Thorson does not provide representation after the filing of the Notice of Appeal, he should formally withdraw, and the Federal Public Defender's Office will appoint another attorney to represent defendant concerning the appeal.

The defendant is remanded to the custody of the U.S. Marshal.